JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jorge Luis Ramirez Lopez,<br><br>    Plaintiff,<br><br>    v.<br><br>Clyde A. Moore, Field Office Director, for Las Vegas Nevada, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns, et al.<br><br>    Defendants. | Case No. 2:24-cv-01595-CDS-BNW<br><br>**Stipulation to Extend United States' Deadline to File Response to Plaintiff's Complaint**<br><br>**(First Request)** |

Plaintiff, Jorge Luis Ramirez Lopez, through counsel and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed the Complaint on August 28, 2024 (ECF No. 1).

2. Plaintiff served the United States with a copy of the Summons and Complaint on September 11, 2024.

3. The current deadline for the United States to response to the Plaintiff's Complaint is November 12, 2024.

Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to the Plaintiff's Complaint shall be extended to December 12, 2024.

The United States requires additional time to obtain the underlying file from United States Citizenship and Immigration Services, to review the information received, and to respond to Plaintiff's Complaint.

Therefore, the parties request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiff's Complaint to December 12, 2024.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 25th day of October 2024.

|  |  |
|---|---|
| /s/ *Maria E. Quiroga, Esq.* <br> MARIA E. QUIROGA, ESQ. <br> Nevada State Bar No. 13939 <br> 7935 W. Sahara Ave., Suite 103 <br> Las Vegas, Nevada 89117 <br><br> *Attorney for Plaintiff* | JASON M. FRIERSON <br> United States Attorney <br><br> /s/ *Karissa D. Neff* <br> KARISSA D. NEFF <br> Assistant United States Attorney <br><br> *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 28, 2024

2