SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jorge Luis Ramirez Lopez,<br><br>    Plaintiff,<br><br>    v.<br><br>Clyde A. Moore, Field Office Director, for Las Vegas Nevada, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns, et al.<br><br>    Defendants. | Case No. 2:24-cv-01595-CDS-BNW<br><br>**STIPULATED BRIEFING SCHEDULE IN LIEU OF DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to the Administrative Procedure Act, 5 U.S.C. § 701-706, and LR 16-1(c)(1), Plaintiff and Federal Defendants, through their undersigned attorneys, propose for the Court's approval, the following schedule in this matter:

**February 7, 2025**  Federal Defendants shall file the Administrative Record.

**March 7, 2025**  Plaintiff shall file his motion for summary judgment.

**April 4, 2025**  Federal Defendants shall file their combined opposition to Plaintiff's motion for summary judgment and their cross-motion for summary judgment.

**April 25, 2025**  Plaintiff shall file his reply in support of his motion for Summary Judgment and his opposition to Federal Defendants' cross-motion for summary judgment.

**May 9, 2025** Federal Defendants shall file their reply in support of their cross-motion for summary judgment.

Respectfully submitted this 27th day of January, 2025.

|  |  |
|---|---|
|  | SUE FAHAMI<br>Acting United States Attorney |
| /s/ *Maria E. Quiroga, Esq.*<br>MARIA E. QUIROGA, ESQ.<br>Nevada State Bar No. 13939<br>7935 W. Sahara Ave., Suite 103<br>Las Vegas, Nevada 89117<br><br>*Attorney for Plaintiff* | /s/ *Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 1/28/2025