SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jorge Luis Ramirez Lopez,<br><br>          Plaintiff<br><br>v.<br><br>Clyde A. Moore, Field Office Director, for Las Vegas Nevada, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns, et al.<br>          Defendants | Case No. 2:24-cv-01595-CDS-BNW<br><br>**Order Approving** Stipulation to Extend United States' Deadline to File Response to Plaintiff's Motion for Summary Judgment<br>**(First Request)**<br><br>[ECF No. 16] |

Plaintiff, Jorge Luis Ramirez Lopez, through counsel and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

    1.  Plaintiff filed his motion for summary judgment on March 7, 2025 (ECF No. 15).

    2.  The current deadline for Federal Defendants to respond to Plaintiff's motion for summary judgment is March 28, 2025 (ECF No. 15).

    3.  However, the court approved the parties' stipulated briefing schedule by which Federal Defendants' combined opposition to Plaintiff's motion for summary judgment and their cross motion for summary judgment is due April 4, 2025 (ECF No. 13).

4. Per the prior stipulated briefing schedule, Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' response deadline to plaintiff's motion for summary judgment shall be extended through April 4, 2025.

5. Therefore, the parties request that the Court extend the deadline for the United States to respond to plaintiff's motion for summary judgment from March 28, 2025 to April 4, 2025 per the stipulated briefing schedule.

SUE FAHAMI
Acting United States Attorney

/s/ Maria E. Quiroga
MARIA E. QUIROGA, ESQ.
Nevada State Bar No. 13939
7935 W. Sahara Ave., Suite 103
Las Vegas, Nevada 89117

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

*Attorney for Plaintiff*

For good cause appearing, it is ordered that the parties stipulation [**ECF No. 16] is approved**, nunc pro tunc to the date of the request. The deadline for federal defendants to respond to plaintiff's motion for summary judgment is extended to April 4, 2025.

_____
**UNITED STATES** DISTRICT **JUDGE**
DATED: __March 31, 2025__