Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave. Suite 103
Las Vegas, Nevada 89117
Tel (702) 972-8348
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JORGE LUIS RAMIREZ LOPEZ,<br><br>Plaintiff<br><br>v.<br><br>CLYDE A. MOORE, et al.,<br><br>Defendants | Case No. 2:24-cv-01595-CDS-BNW<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>[ECF No. 25] |

Plaintiff, Jorge Luis Ramirez Lopez, and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On January 27, 2025, the Court entered a stipulated briefing schedule establishing the following deadlines: Plaintiff's motion for summary judgment was to be filed by March 7, 2025; Defendants' opposition and combined cross-motion for summary judgment was due by April 4, 2025; and Plaintiff's reply in support of his motion was to be filed by April 25, 2025. ECF No. 12.

2. Subsequent to that order, the Court granted Defendants three extensions of time to file their opposition and cross-motion, ultimately extending their deadline from April 4, 2025, to April 17, 2025. ECF No. 21.

3. Defendants filed their opposition and cross-motion for summary judgment on April 17, 2025, and the filing was uploaded to the Court's docket on April 18, 2025. ECF No. 24.

4. Due to the extensions granted to Defendants, Plaintiff's current reply deadline of April 25, 2025, does not afford Plaintiff the full twenty-one (21) days typically allowed under the Local Rules to respond to a dispositive motion. Accordingly, the parties jointly stipulate and request that the Court extend the Plaintiff's reply deadline to **May 9, 2025**.

5. Good cause exists for this extension, as it will allow Plaintiff's counsel adequate time to review Defendants' filings and prepare a thorough and complete reply in support of Plaintiff's motion for summary judgment.

Accordingly, the parties request that the Court extend the deadline for the Plaintiff to submit his reply motion from April 25, 2025, to May 9, 2025. This stipulation is requested in good faith and not for the purpose of undue delay.

Respectfully submitted this 22ⁿᵈ day of April 2025.

/s/Maria Quiroga
Maria E. Quiroga, NV Bar: 13939

*Attorneys for Plaintiff*

/s/*Karissa D. Neff*
Karissa D. Neff, NV Bar: 9133
Assistant United States Attorney

*Attorney for the Defendants*

Order

The parties' stipulation **[ECF No. 25] is approved**, however, under Local Rule 7-2(b), "[t]he deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion. The deadline to file and serve any reply in support of the motion is 14 days after service of the response."

The court notes that here, applying that rule, after three extensions of time, the defendants filed a response to the plaintiff's motion for summary judgment on April 17, 2025, making the reply due by May 1, 2025. *See* ECF No. 22. The defendants' cross motion for summary judgment was filed and served on April 18, 2025, making the plaintiff's response due on May 9, 2025. *See* ECF No. 24.

However, because the parties agree, the deadline for Lopez's reply is extended to May 9, 2025; and, Lopez's response to defendants' cross-motion is due on May 9, 2025.

Dated: April 24, 2025

_____
Cristina D. Silva
United States District Judge

3